money in the bank in the names of his children he would show or hand them the deposit books and tell them that he had done it as a free gift to them, and did not take the stand and deny any of their testimony. From all the facts and circumstances surrounding this case, we are satisfied that McKinnon at the time he made the deposits in the bank to the credit of his children, intended the money so deposited to be a free gift to them; and there is nothing in the testimony to show that there was any understanding or agreement betwen him and the bank that he was to keep control of the funds, and dispose of them as he saw fit. The money passed absolutely and irrevocably from his custody and control and the bank had no authority to pay it out on his order.

The judgment is reversed.

TAYLOR, WHITFIELD, ELLIS AND WEST, JJ., concur.

————————————

ETHEL B. McKINNON, BY LEE DANIELL, HER NEXT FRIEND, *Appellant,* v. FIRST NATIONAL BANK OF PENSACOLA, A CORPORATION, *Appellee.*

Opinion filed May 30, 1919.

Petition for Rehearing denied July 29, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Escambia; A. G. Campbell, Judge.

*Watson & Pasco* and *John C. Avery,* for Appellant;

*E. C. Maxwell,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court that the decree of the Circuit Court in the above styled cause be, and same is hereby reversed upon the authority of the opinion in the case of Allen Alexander McKinnon, etc., v. First National Bank of Pensacola, this day filed.

All concur.

---

MARTEL C. MCKINNON, BY LEE DANIELL, HER NEXT FRIEND, *Appellant,* v. FIRST NATIONAL BANK OF PENSACOLA, A CORPORATION, *Appellee.*

Opinion filed May 30, 1919.

Petition for Rehearing denied July 29, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Escambia; A. G. Campbell, Judge.

*Watson & Pasco* and *John C. Avery,* for Appellant;

*E. C. Maxwell,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court that the decree of the Circuit Court in the above styled cause be, and same is hereby reversed upon the authority of the opinion in the case of Allen Alexander McKinnon, etc., v. First National Bank of Pensacola, this day filed.

All concur.